NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BIOPOLYMER ENGINEERING, INC.
(doing business as Biothera),**
*Plaintiff-Appellant,*

*and*

*MASSACHUSETTS INSTITUTE OF TECHNOLOGY,*
*Plaintiff,*

**v.**

**IMMUNOCORP and BIOTECH PHARMACON ASA,**
*Defendants.*

---

2010-1096

---

Appeal from the United States District Court for the District of Minnesota in Case No. 05-CV-0536, Judge Joan M. Ericksen.

---

**JUDGMENT**

---

DARREN B. SCHWIEBERT, Fredrikson & Bryson, P.A. , of Minneapolis, Minnesota, argued for plaintiff-appellant. With him on the brief was GRANT D. FAIRBAIRN. Of counsel was LORA M. FRIEDEMANN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and MOORE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 22, 2011          /s/ Jan Horbaly
Date                    Jan Horbaly
                        Clerk